# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0560 | F5360029 | Kelley | 2347 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 03/05/2022 1923 | 36 CFR 261.17 |

Place of Offense: Dow Run Trail Head

Offense Description: Factual Basis for Charge — HAZMAT ☐

No fee Pass when Required

### DEFENDANT INFORMATION

Last Name: Boyes  First: Michael  MI: L

**Tag No.** 2LQ93  **State** OH  **Year** 05  **Make/Model** Hon  **Color** Yel

APPEARANCE IS REQUIRED — A ☐ If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 50.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → $ 80.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: [signed] Michael Boyes

*F5360029*  FS-5300-4 (1/2021)

## STATEMENT OF PROBABLE CAUSE

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident