**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**MCHAEL L. BOYES**<br><br>**Defendant.** | CASE NO. 2:22-PO-005 |

**ORDER**

The Court having dismissed this case on September 22, 2022 and being advised that the Defendant has paid $80.00 on Citation F5360029/OS60 and $130.00 on Citation F5360028/OS60 would request the Defendant receive a refund of said payments.

**IT IS HEREBY ORDERED** that the Central Violations Bureau, which currently holds the defendant's $210.00 payment, should promptly refund that payment to the payor.

2/13/2023
**Date**

s/ Kimberly A. Jolson
**KIMBERLY A JOLSON
UNITED STATES MAGISTRATE JUDGE**